UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ABRAHAM KASPARIAN, JR.,                       CASE NO.
        Plaintiff,

    vs.

TRANSUNION and CREDIT
REPORTING MANAGER C/O
TRANSUNION;
        Defendants.

_____

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
_____

      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Brockton District Court, Trial Court of Massachusetts, Small Claims Session to the United States District Court for the District of Massachusetts, on the following grounds:

      1.    Plaintiff Abraham Kasparian, Jr. served Trans Union on or about September 15, 2015, with a Statement of Small Claim and Notice of Trial filed in the Brockton District Court, Trial Court of Massachusetts, Small Claims Session.  A copy of the Statement of Small Claim and Notice of Trial is attached hereto as **Exhibit A**.  No other process, pleadings or orders have been served on Trans Union.

      2.    Plaintiff's claims and allegations implicate that Trans Union violated and is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint, Part 4.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Brockton District Court, Trial Court of Massachusetts, Small Claims Session to the United States District Court for the District of Massachusetts.

5. Notice of this removal will promptly be filed with the Brockton District Court, Trial Court of Massachusetts, Small Claims Session and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from Brockton District Court, Trial Court of Massachusetts, Small Claims Session to this United States District Court, District of Massachusetts.

Date: October 13, 2015                                Respectfully submitted,

*/s/ Mardic Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone: (617) 723-2525
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC, improperly named as "TransUnion, Credit Reporting Manager and Credit Reporting Manager c/o Trans Union"*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of October, 2015**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Abraham Kasparian, Jr.<br>One Administration Road<br>Bridgewater, MA  02324 | |

 

*/s/ Mardic Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone:  (617) 723-2525
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC, improperly named as "TransUnion, Credit Reporting Manager and Credit Reporting Manager c/o Trans Union"*