# EXHIBIT "A"

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 1515SC2629 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1:** ☐ BOSTON MUNICIPAL COURT   ☐ DISTRICT COURT Brockton Division   ☐ HOUSING COURT _____ Division

**PART 2:** PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Abraham Kasparian Jr., pro se
One Administration Road
Bridgewater, MA 02324
PHONE NO: N/A

PLAINTIFF'S ATTORNEY (if any)
Name: Proceeding pro se
Address: _____ SEP 14 2015
BY: _____
PHONE NO: N/A    BBO NO.

**PART 3:** DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
TransUnion
Credit Reporting Manager
POB 2000
Chester, PA 19022-2000
PHONE NO: Unknown

ADDITIONAL DEFENDANT (if any)
Name: Creedit Reporting Manager
c/o TransUnion
Address: POB 2000
Chester, PA 19022-2000
PHONE NO: Unknown

**PART 4:** PLAINTIFF'S CLAIM. The defendant owes $7,000.00 plus $waived court costs for the following reasons: Give the date of the event that is the basis of your claim.

On May 13, 2015, I wrote to the three (3) credit reporying agencies, requesting my one free credit report per year pursuant to Massachusetts Bill of Rights Consumer Credit Reporting, in addition on May 13, 2014 I sent a separate letter requesting an investigation into my 2014 credit report/score showing that my score was "Unavailable", see all four (4) letters as exhibits attached hereto. On May 28, 2015, Equifax provided me their Credit Report in response to my May 13, 2015 request for same, and likewise on May 27, 2015 Experian provided me same, in response to my letter dated May 13, 2015, copies of the first page of those credit reports are attached hereto as exhibits. However, I never received any credit report nort documents to my request that TransUnion, and its Credit Reporting Manager investigate my concerns over my 2014 TransUnion Report and lack of credit score. Given that I have filed civil action against TransUnion in Court prior to this complaint, I state that TransUnion and its Credit Reporting Manager are engaged in retaliation against me, and they are continuing to violate Massachusetts Law. Which by their wrongful action is causing me to further suffer emtional distress and harm to my credit status, I wrote on 6/15/15 SIGNATURE OF PLAINTIFF requesting a response from Deft. they ignored, see DATE July 27, 2015 Exhibit attached

**PART 5:** MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☒ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6:** MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF    7/27/15 DATE

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
Brockton District Court
215 Main Street, Suite 14?
Brockton, MA 02301

DATE AND TIME OF TRIAL: 10-27-15 AT 9:00 AM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: Hon. Julie J. Bernard
CLERK-MAGISTRATE OR DESIGNEE: Kevin P. Feeley

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUC...