*[Handwritten margin notes:]*

*Top: "I do not [have] jurisdiction — Transunion small-dual subject matter jurisdiction by 8/19/16 or the case will be dismissed. PBS J[udge]"*

*Left side: "8/3/16 The complaint only asserts claims under state law. Transunion claims that these state law causes of action are pre-empted, have any subject matter jurisdiction on my own."*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABRAHAM KASPARIAN, JR.,
 Plaintiff,

v.

CIVIL ACTION NO.
15-13560-PBS

TRANSUNION and CREDIT
REPORTING MANAGER c/o
TRANSUNION,
 Defendants.[1]

**REPORT AND RECOMMENDATION RE:**
**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**
**(DOCKET ENTRY # 25)**

July 1, 2016

BOWLER, U.S.M.J.

Pending before this court is a motion for judgment on the pleadings under Fed.R.Civ.P. 12(c) ("Rule 12(c)") filed by defendant Trans Union, LLC ("Trans Union" or "defendant"). (Docket Entry # 25). After conducting a hearing, this court took the motion under advisement.

Plaintiff, proceeding pro se, alleges that Trans Union owes him $7,000 and violated section 52, 56 and 58 of Massachusetts

---

[1] The above caption is taken from a complaint, specifically, a statement of claim plaintiff Abraham Kasparian, Jr. ("plaintiff") filed in the Small Claims Session of the Massachusetts District Court (Brockton Division). (Docket Entry # 4-1, p. 5).